UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE HOSPITAL ASSOCIATION, et al., | : : : |
| Plaintiffs, | : : : |
| v. | : CIVIL ACTION No. 1:15-cv-00460 |
| SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the United States Department of Health and Human Services, | : : : : : |
| ANDREW SLAVITT, in his official capacity as Acting Administrator, Centers for Medicare and Medicaid Services, | : : : : |
| and | : |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | : : : |
| Defendants. | : |

**SUPPLEMENTAL EXPLANATORY DECLARATION OF STEPHEN AHNEN IN SUPPORT OF OPPOSITION TO DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS**

I, Stephen Ahnen, declare as follows:

    1.    I am over the age of 18 and make this declaration on personal knowledge.

    2.    I am the President of the New Hampshire Hospital Association ("NHHA").

    3.    Consistent with the NHHA's mission to provide leadership through advocacy, I have been in discussions with the New Hampshire Department of Health and Human Services ("DHHS") regarding how the DHHS intends to undertake recoupment and redistribution for the overpayments created by FAQ Nos. 33 & 34, as reflected in the state fiscal year 2011 DSH audit conducted by Myers and Stauffer.

1

4. Specifically, I asked the DHHS for its position in the event plaintiffs succeed in obtaining the injunctive relief they seek in this case.

5. By letter dated January 27, 2016, DHHS Commissioner Jeffrey Meyers indicated his Department's belief that if the injunctive relief plaintiffs have requested in this case were granted, DHHS would not be able to require recoupment while the injunction is in place, or be obligated to redistribute, based on the state fiscal year 2011 DSH audit conducted by Myers and Stauffer, to the extent recoupment is required due to the application of FAQ Nos. 33 & 34.

6. A true and correct copy of the January 27, 2016, letter is attached hereto as Exhibit A.

I declare under the penalty of perjury that the foregoing is true and correct, executed on the date referenced below.

Dated: February 12, 2016     By:     */s/ Stephen Ahnen*_____
                                     Stephen Ahnen