UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE HOSPITAL ASS'N, *et al.* ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> THOMAS E. PRICE, Secretary, U.S. Department ) <br> of Health and Human Services, *et al.* ) <br> ) <br> Defendants ) | Civil Action No. 15-cv-460-LM |

## NOTICE OF APPEAL

Notice is hereby given that all defendants in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 7th day of March, 2017, ECF No. 52.

Date: June 16, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN J. FARLEY
Acting United States Attorney

SHEILA M. LIEBER
Deputy Director

/s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendants